147 P.3d 840

# SUPREME COURT OF HAWAIʻI

State v. Herbert . . . . . . . . . . . . . . . . . . 26771     11/14/2006   Rejected        112 Hawaiʻi 208,
                                                                                         145 P.3d 751